# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| TIMOTHY S. FORSMAN | ) |
| | ) |
| VS. | ) CASE #: 3:07-0327 |
| | ) |
| RANDY K. ROUSE | ) |
| BROADWAY NATIONAL BANK | ) |

○ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict as reflected in the verdict form filed September 4, 2008 (Docket Entry No. 89) and found that the defendants were not liable to the plaintiff for defamation or for intentional interference with employment..

IT IS ORDERED AND ADJUDGED.

| | |
|---|---|
| 09/04/2008 | KEITH THROCKMORTON, CLERK |
| DATE | |
| | s/ Betty Briggs-Jones |
| | BY BETTY BRIGGS-JONES |
| | DEPUTY CLERK |